UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA        :    **INDICTMENT**

      - v. -

YUSEF GREEN,                                **07 CRIM 1041**

      Defendant.          :

- - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 14 2007

COUNT ONE

The Grand Jury charges:

1. On or about March 15, 2007, in the Southern District of New York and elsewhere, YUSEF GREEN, the defendant, unlawfully, intentionally and knowingly, distributed and possessed with intent to distribute a controlled substance, to wit, approximately at least 1,400 80-milligram tablets of Oxycodone, commonly known as "OxyContin," a Schedule II controlled substance.

    (Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C); Title 18 United States Code, Section 2.)

COUNT TWO

The Grand Jury further charges:

2. On or about March 15, 2007, in the Southern District of New York and elsewhere, YUSEF GREEN, the defendant, unlawfully, intentionally and knowingly, would and did attempt to distribute and possess with intent to distribute a controlled substance, to wit, at least approximately 1,300

4-milligram tablets of Hydromorphone, commonly known as "Dilaudid," a Schedule II controlled substance.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C), and 846; Title 18 United States Code, Section 2.)

### FORFEITURE ALLEGATION

3.  As a result of committing one or more of the offenses alleged in Counts One and Two herein, YUSEF GREEN, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting and derived from any proceeds the said defendant obtained directly or indirectly as a result of the offenses alleged in Counts One and Two of this Indictment, including, but not limited to, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the charged offenses.

#### Substitute Assets Provision

4.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant--

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

           (Title 21, United States Code, Sections
                  841(a)(1), 846 and 853.)

_____      _____
FOREPERSON                                    MICHAEL J. GARCIA
                                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

YUSEF GREEN,

Defendant.

---

**INDICTMENT**

7 Cr. ___

21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(C), and 846;
18 U.S.C. § 2

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

*Nov 14 2007*
*Indictment Filed*
*Case Assigned to Judge Swain*
*Freeman, (SDNY)*