**U.S. Department of Justice**



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 09 2008

November 14, 2007

**By Facsimile**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 755
New York, New York 10007

**MEMO ENDORSED**

      Re: United States v. Yusef Green
          07 Cr. 1041 (LTS)

Dear Judge Swain:

      The Government respectfully submits this letter to request an adjournment of the pre-trial conference originally scheduled for January 4, 2008 at 3 p.m., and re-scheduled by the Court to January 8, 2008 at 3 p.m. Defense counsel has informed me that she is not available at the adjourned date. In addition, the Government is in the process of producing additional discovery to the defense. In light of the foregoing, the parties request a two-week adjournment of the pretrial conference, to the week of January 21, 2008.

      In addition, the Government respectfully requests that the time between January 8, 2008 and the next pre-trial conference be excluded under the Speedy Trial Clock, based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A), to allow the parties to continue to discuss a pre-trial disposition of this case, as well as to allow the Government to produce and the

Hon. Laura Taylor Swain
January 8, 2008
Page 2 of 2

defendant to review discovery.  I have spoken with defense counsel and she has consented to this request.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    Thomas G. A. Brown
    Assistant United States Attorney
    (212) 637-2194

cc: Joyce London, Esq. (defense counsel) (via facsimile)

*The foregoing adjournment and exclusion requests are granted as in the interests of justice. The conference is adjourned to January 23, 2008 at 12:30pm and time is excluded from speedy trial computations through that date.*

    SO ORDERED.

    _____ 1/8/2008
    LAURA TAYLOR SWAIN
    UNITED STATES DISTRICT JUDGE