**U.S. Department of Justice**



United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 4 2008
```

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 23, 2008

**By Facsimile**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 755
New York, New York 10007

**MEMO ENDORSED**

    Re: <u>United States</u> v. <u>Yusef Green</u>
        07 Cr. 1041 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter to request an adjournment of the pre-trial conference originally scheduled for January 23, 2008 at 12:30 p.m., to January 25, 2008 at 3:15 p.m., which the Government understands is a date and time convenient for the Court.

    In addition, the Government respectfully requests that the time between January 23, 2008, and January 25, 2008, be excluded under the Speedy Trial Clock, based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A), to allow the parties to continue to discuss a pre-trial disposition of this case.

*The foregoing adjournment and exclusion requests are granted as in the interest of justice.*

SO ORDERED.

/s/ Laura Taylor Swain 1/23/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Thomas G. A. Brown
Thomas G. A. Brown
Assistant United States Attorney
(212) 637-2194

cc: Joyce London, Esq. (defense counsel) (via facsimile)