UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

                                            07 Cr 1041 (LTS)

YUSEF GREEN,

        Defendant.
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2008, a copy of the foregoing Notice of Motion, Attorney's Affidavit, Exhibits and Memorandum of Law in Support of Defendant Yusef Green's Pre-Trial Motions was filed electronically with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following:

| | |
|---|---|
| Thomas Brown, Esq.. | (By Hand) |
| Assistant United States Attorneys | |
| Southern District of New York | |
| One Saint Andrews Plaza | |
| New York, New York 10007 | |

                                                    _____

                                                    JOYCE C. LONDON