**JOYCE C. LONDON, P.C.**
Attorney at Law
20 Vesey Street
Suite 400
New York, New York 10007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: MAR 1 2 2008

Tel: 212: 964-3700                                    Fax: 212: 964-2926
Email: jlondonlaw@aol.com

March 10, 2008

<u>By Fax: 212: 805-0426</u>
Honorable Laura T. Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007


MEMO ENDORSED

                    Re:   <u>United States v. Yusef Green,</u>
                          07 Cr 1041 (LTS)

Dear Judge Swain:

    This letter is to request *nunc pro tunc* a two-business day extension from March 7 to March 11, 2008 for the filing of pre-trial motions on behalf of defendant Yusef Green in the above referenced matter.

    The reason for requesting this extension of time, *nunc pro tunc*, is that I was on trial all last week in the matter of <u>United States v. Tyndall, et al</u>, 06 Cr 803 (ARR) before the Honorable Allyne Ross in the Eastern District of New York. We were expecting to have Friday off, but instead worked a full day (9:00 to 5:30) so I was unable either to finalize and file the motions or get to my office to send out this letter. The Court has scheduled a status conference in this matter later this week on Friday, March 14, 2008, so I do not anticipate that this two-business day extension will impact on the time the Government will request for filing its response.

    Accordingly, it is respectfully requested that a two-business day extension from March 7, 2008 to March 11, 2008 be granted *nunc pro tunc* for the filing of pre-trial motions on behalf of defendant Yusef Green.

                                        Very truly yours,

                                        *Joyce C. London*

                                        Joyce C. London

cc.:  AUSA Thomas Brown (By Fax: 212: 637-2239/2429)

The request is granted.
SO ORDERED.

3/12/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE