**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: APR 0 8 2008

Tel: 212 964-3700                                                            Fax: 212 964-2926
Email: jlondonlaw@aol.com

April 4, 2008

**By Fax: 212: 805-0426**    **MEMO ENDORSED**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                                       Re:    United States v. Yusef Green,
                                                  07 Cr 1041 (LTS)

Dear Judge Swain:

       This letter is to advise the Court of the availability of all counsel for the scheduling of a suppression hearing in the above-referenced matter. I have conferred with AUSA Thomas Brown and my co-counsel Valerie Van Leer-Greenberg, Esq. and we are all available on the following dates:

       April 28 (all day), April 29 (all day), May 19 (all day), and May 20 (all day).[1]

       If none of these dates is suitable for the Court, we will confer again and submit alternate dates. Since defendant Green has filed pre-trial motions, the speedy trial clock is tolled pursuant to 18 U.S.C § 3161 (h)(1)(F). Finally, in light of the need for a suppression hearing, all parties request that the status conference scheduled for April 11, 2008 at 4: 15 p.m. be cancelled.

       Accordingly, it is respectfully requested that the Court schedule a suppression hearing on one of the dates listed above if this is convenient to the Court and that the April 11, 2008 status conference be cancelled.

*[Handwritten endorsement:]* The suppression hearing will begin at 10:00 AM on Monday April 28, 2008. The April 11, 2008 pretrial conference is cancelled. SO ORDERED. /s/ 4/7/08
**LAURA TAYLOR SWAIN U.S.D.J.**

Very truly yours,

Joyce C. London

Joyce C. London

cc.:   AUSA Thomas Brown (By Fax: 212: 637-2239/2429)
       Valerie Van Leer-Greenberg, Esq. (By Fax: 212:791-5390)

---

[1] I will be out of the country from April 30 through May 9 which has limited my availability during the first two weeks of May.