**U.S. Department of Justice**



United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FILED APR 2 1 2008

April 21, 2008

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 755
New York, New York  10007

**MEMO ENDORSED**

      Re:   United States v. Yusef Green
           07 Cr. 1041 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter to request an adjournment of the suppression hearing in this case currently scheduled for April 28, 2008 at 10:00 a.m.  In preparing for the hearing, the Government learned late last week that one of the New York City Police Department officers that it intends to call as a witness is unavailable between April 20, 2008 and April 30, 2008.  After consulting with defense counsel and Chambers, I understand that July 18, 2008 at 2 p.m., is an available alternative date.

    Thank you for your consideration of this request.

*The adjournment request is granted. Time continues to be excluded from speedy trial computations in light of the pendancy of the defense motion.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Thomas G. A. Brown
Assistant United States Attorney
(212) 637-2194

**SO ORDERED.**

/s/ Laura Taylor Swain   4/21/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE