

**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

Tel: 212 964-3700
Email: jlondonlaw@aol.com

Fax: 212 964-2926

July 7, 2008

**By First Class Mail**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

        Re:    United States v. Yusef Green,
                  07 Cr 1041 (LTS)

Dear Judge Swain:

      This letter is submitted on behalf of both parties to request an adjournment of the Suppression Hearing which is scheduled for July 18, 2008 at 2:00 p.m. to a time and date convenient to the Court during the week of August 11 to August 14, 2008. Any time from August 11 (Monday) to August 14, (Thursday), 2008 is convenient for all parties.

      The reasons for requesting this adjournment are as follows. Counsel for Mr Green has a family obligation on July 18, 2008 which cannot be rescheduled and the Government has advised that at least one of its witnesses is unavailable on July 18, 2008 because of vacation scheduling.

      Since motions are pending, defendant Green consents to the exclusion of time from July 18 to the date of the rescheduled Suppression Hearing, if this application is granted, pursuant to 18 U.S.C. § 3161(h)(1)(F).

      Accordingly, it is respectfully requested that the Suppression Hearing scheduled for July 18, 2008 be rescheduled to the week of August 11-August 14, 2008 to a date and time convenient to the Court.

*The adjournment and exclusion requests are granted as in the interests of justice. The hearing is adjourned to August 13, 2008 at 10:00 AM.*
*SO ORDERED.*
*7/9/08*

Very truly yours,

Joyce C. London

cc.:   AUSA Thomas Brown (By Fax: 212: 637-2239/2429)
       Valerie Van Leer-Greenberg, Esq. (By Fax: 212: 791-5390)