

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 2 2008

August 10, 2008

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 755
New York, New York 10007

**MEMO ENDORSED**

       Re:   United States v. Yusef Green
              07 Cr. 1041 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter in connection with the suppression hearing that is currently scheduled before Your Honor on August 13, 2008. The Government currently plans to call five witnesses. In preparing for the hearing last week, the Government learned that two, and possibly three, of its intended witnesses are unavailable next week: one of the witnesses has a conflicting State court date, which the Government is attempting to resolve; another witness is away on vacation; and a third witness is on sick leave.

    I discussed this matter late last week with defense counsel Joyce London, Esq. Based on these discussions, the parties respectfully propose that the Government put on its available witnesses as scheduled, and request that the Court continue the

Honorable Laura Taylor Swain
August 10, 2008
Page 2 of 2

hearing at a later date to allow testimony from the remaining Government witnesses.

        Thank you for your consideration of this request.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

By: _____
    Thomas G. A. Brown
    Assistant United States Attorney
    (212) 637-2194

cc: Joyce London, Esq. (defense counsel) (via facsimile)

*The request is granted. The hearing will commence on August 13, 2008 at 10:00 AM and will be continued as necessary.*

        SO ORDERED.

        _____ 8/11/08
        LAURA TAYLOR SWAIN
        UNITED STATES DISTRICT JUDGE