**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
59 MAIDEN LANE, 6TH FLOOR
NEW YORK, NY 10038

Tel: 212 964-3700　　　　　　　　　　　　　　　　　　　Fax: 212 566-7501
Email: jlondonlaw@aol.com
Cell: 917 838-0204

November 8, 2022

*By ECF*
Hon. Laura T. Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

　　　　　　　　　　　　　　　　　　　Re:　*United States v. Yusef Green,*
　　　　　　　　　　　　　　　　　　　　　　*07 Cr 1041(LTS)*

Dear Judge Swain:

　　　I was counsel of record for defendant Yusef Green in the above-referenced matter. This letter is an application that limited access to Mr. Green's sealed sentencing transcript be given to a SDNY Court Reporter for the purpose of providing defense counsel with a copy of the transcript. Mr. Green has raised an issue with respect to his restitution obligation but my recollection of the restitution discussion at his sentencing which was held on March 31, 2011 is inadequate to respond to his query.

　　　I have discussed this application with AUSA Benet Kearney and she has no objection to it.

　　　Accordingly, it is respectfully requested that the Court permit a SDNY Court reporter to have limited access to Mr. Green's sealed sentencing transcript for the purpose of providing defense counsel with a copy of this transcript.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　Joyce C. London

Cc.:　AUSA Benet Kearney (By ECF)

The foregoing request is granted.
DE# 61 resolved.
SO ORDERED.
11/10/2022
/s/ Laura Taylor Swain, Chief USDJ